THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN WERNER, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of the crime of book-making (Penal Law, § 986). Judgment of conviction reversed on the law, the information dismissed and the fine remitted. The evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. (*People* v. *Carpenito,* 292 N. Y. 498; *People* v. *Richardson,* 287 N. Y. 563.) Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.